1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVE WILHELM,                              No.  2:22-cv-02323 DJC DB P

12                     Plaintiff,

13           v.                                  ORDER

14   SANDAR AUNG,

15                     Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 8, 2023, the Magistrate Judge filed findings and

21   recommendations herein which were served on Plaintiff and which contained notice to

22   plaintiff that any objections to the findings and recommendations were to be filed

23   within fourteen days.  Plaintiff has not filed objections to the findings and

24   recommendations.

25          The Court has reviewed the file and finds the findings and recommendations to

26   be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS

27   HEREBY ORDERED that:

28          1.  The findings and recommendations filed December 8, 2023 (ECF No. 12),

                                              1

1    are adopted in full.

2          2.  Plaintiff's motion for preliminary injunctive relief (ECF No. 11) is denied.

3          3.  This case is referred back to the magistrate judge for further pretrial

4    proceedings.

5

6          IT IS SO ORDERED.

7    Dated:  **February 14, 2024**

8                                                    Hon. Daniel J. Calabretta
                                                     UNITED STATES DISTRICT JUDGE

9

10   wilh2323.800.mpi

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2