1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVE WILHELM,                              No.  2:22-cv-02323 DJC DB P

12                 Plaintiff,

13         v.                                     ORDER

14    SANDAR AUNG, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner, proceeds without counsel with a civil rights complaint under 42

18    U.S.C. § 1983. On February 23, 2024, plaintiff filed a motion requesting a full copy of

19    defendant's answer due to a missing page. (ECF 25.) Defendant has re-served a full copy of

20    defendant's answer to plaintiff. (ECF No. 26.)

21         On March 15, 2024, defendants filed a motion to opt out of the post-screening ADR

22    project. After reviewing the motion, the court finds good cause to grant defendants' motion.

23         In accordance with the above, IT IS HEREBY ORDERED as follows:

24         1.  Defendants' motion to opt out (ECF No. 27) is granted and the stay of this action is

25    lifted.

26    ////

27    ////

28    ////

                                             1

1         2.  Plaintiff's motion for a full copy of defendant's answer (ECF No. 25) is granted in that

2    defendant has re-served a full copy to plaintiff.

3         3.  By separate order, the court will set a schedule for this case.

4    Dated:  March 21, 2024

5

6

7    DLB7
    wilh2323.optout.post.answer

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28