UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDAR AUNG,<br><br>    Defendants. | No. 2:22-cv-02323 DJC DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to provide responsive discovery documents to defendants. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 32) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to respond to defendants' request for documents, and, specifically, medical records.

Dated: May 13, 2024

DLB7
will2323.36rfp

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1