UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | No. 2:22-cv-2323 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| SANDAR AUNG, | |
| Defendant. | |

Plaintiff is incarcerated in state prisoner and representing himself in this civil rights action under 42 U.S.C. § 1983. Judgment was entered in favor of defendant on September 22, 2025. (ECF No. 62.) Defendant submitted a bill of costs on September 23, 2025. (ECF No. 63.) This matter was referred back to the undersigned the same day. (ECF No. 64.) In light of the referral, the court will set a briefing schedule on the pending matter. Plaintiff may file objections to defendants' bill of costs no later than October 10, 2025. Defendant may file a response to any objections no later than October 17, 2025. This matter will be deemed submitted on the papers following the expiration of the deadlines set herein.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file objections to defendant's bill of costs no later than October 10, 2025.

////

////

1

2. Defendants may file a response to any objections by October 17, 2025.

DATED: September 26, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2