UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANDAR AUNG,<br><br>　　　　Defendant. | No.  2:22-cv-2323 DJC SCR P<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file objections to defendant's bill of costs. (ECF No. 67.)  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 67) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to defendant's bill of costs.

DATED: October 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE